UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>KRISTI NOEM; et al.,<br><br>Defendants - Appellants. | No. 26-199<br><br>D.C. No.<br>3:25-cv-05687-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

The government's motion to stay appellate proceedings (Dkt. No. 28) is GRANTED. This case shall be held in abeyance pending the resolution of *Noem v. Dahlia Doe*, No. 25-1083, and *Trump v. Miot*, No. 25-1084, by the Supreme Court. The briefing schedule is suspended. The stay entered on February 9, 2026 (Dkt. No. 11), shall remain in effect pending further order of this court. Within 7 days of the issuance of the Supreme Court's decision in *Dahlia Doe* and *Miot*, the parties shall file a joint status report proposing a schedule to govern further proceedings.