UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al., | No. 26-199 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-05687-TLT Northern District of California, San Francisco |
| v. | ORDER |
| KRISTI NOEM; et al., | |
| Defendants - Appellants. | |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

Judge Callahan and Judge Miller have voted to deny the petition for rehearing en banc (Dkt. No. 14), and Judge Hawkins so recommends. The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 40. The petition for rehearing en banc, filed February 23, 2026, is DENIED.